**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-45850 |
| Robert Edmon Starnes, ) | |
| Kari Beth Starnes, ) | SSN: xxx-xx-2080 |
| ) | SSN: xxx-xx-1872 |
| Debtors. ) | |

**1st  AMENDMENT TO CHAPTER 13 PLAN**

Come now the Debtors, Robert Edmon Starnes and Kari Beth Starnes, by and through their attorney of record, Nader Jack Stanford, and amend their Chapter 13 Plan filed on or about  11/15/2010  as follows:

1. Per request of the Trustee the following language is included in Other Remarks:

"To the extent that the debtor is entitled to a tax refund which is a prepetition asset, the non-exempt portion thereof which either is not properly setoff, or which is not already provided for under the terms of the plan for the benefit of the unsecured creditors shall be turned over to the trustee for the benefit of the filed and allowed unsecured creditors."

2. All other provisions of the existing Chapter 13 Plan are to remain unchanged.

Respectfully submitted,

 /s/  Nader Jack Stanford
Nader Jack Stanford
Stanford & Jeppson, L.L.C.
1125 Grand Boulevard
Suite 1102
Kansas City, MO 64106
(816) 472-1655
(816) 472-1661

Attorney for the Debtors



The following parties were served electronically or conventionally by movant:

Robert Edmon Starnes
7315 N. Olive
Gladstone, MO  64118

Kari Beth Starnes
7315 N. Olive
Gladstone, MO  64118